UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

  Plaintiff,

  v.

JANE DOE #1, et al.,

  Defendants.

Case No.  25-cv-11116-EMC

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Jerome L. Grimes filed this *pro se* civil rights complaint on November 5, 2025. ECF No. 1.  The complaint is largely unintelligible, but appears to name defendants located in Encinitas and San Diego, both located in California.  *See id.* at 1.  Encinitas and San Diego are located within the Southern District of California.  *See* 28 U.S.C. § 84(d).  Venue is therefore appropriate in that district.  28 U.S.C. § 1391(b)(1), (b)(2).  This matter is therefore **DISMISSED WITHOUT PREJUDICE** to Grimes filing his case in the appropriate venue.  The Clerk shall close the file and send Grimes a copy of his complaint with his copy of this order.

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California